242 So.2d 888

**STATE of Louisiana ex rel.
Robert Leon SIMS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51095.

Jan. 27, 1971.

Considering the application and the response of the District Attorney, the showing made does not warrant the exercise of this Court's supervisory jurisdiction.

DIXON, J., recused.

242 So.2d 888

**STATE of Louisiana ex rel.
John F. FONTENOT**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51107.

Jan. 27, 1971.

 The showing made does not warrant the exercise of our original or supervisory jurisdiction.